**Order entered March 20, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00196-CV

### ERNEST LANELL BRONSON, Appellant

### V.

### HSBC BANK USA, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05824-C**

## ORDER

This is an accelerated appeal. The record was due February 7, 2019. By letter dated February 15, 2019, we notified the Dallas County Clerk that the clerk's record was overdue; we instructed the clerk to file the record within ten days. See Tex. R. App. P. 35.3. On February 19, 2019, the Dallas County Clerk notified the Court that the record had been prepared but that appellant had not paid or made arrangements to pay the $25 for the clerk's record. That same day, we notified appellant that the clerk's record had not been filed because the clerk had not received payment for the record. We instructed appellant to provide written verification he had made payment within ten days and cautioned him that the failure to do so might result in the dismissal of his appeal for want of prosecution.

On February 27, 2019, appellant filed a copy of our letter along with a copy of a $25.00 Western Union money order made payable to John F. Warren, County Clerk. Noted on the money order is the trial court cause number of this appeal: CC-18-05824-C. Because this constitutes written verification of payment, we **ORDER** the Dallas County Clerk to file, **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**, the clerk's record in this appeal.


/s/     KEN MOLBERG
        JUSTICE